United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NESTOR ANDRES ARTIAGA RICARDO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-4562 |
| | § | |
| MARKWAYNE MULLIN, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

Pending before the court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Docket Entry No. 1) and Respondents' Response to Petition (Docket Entry No. 5).

Respondents Response, applying the Fifth Circuit's decision in Rodriguez v. Ortega, No. 26-50183, 2026 WL 1906557 (5th Cir. Jul. 2, 2026), concedes that Petitioner must be given a bond hearing. However, the Fifth Circuit's holding in Ortega has since been vacated. Rodriguez v. Ortega, No. 26-50183, 2026 WL 2014647 (5th Cir. Jul. 10, 2026).

Respondents are therefore **ORDERED** to file an updated response to Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Docket Entry No. 1) by August 24, 2026.

**SIGNED** at Houston, Texas, on this 4th day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE